UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMANDA RIVERA BRIGIDO | CIVIL ACTION |
| VERSUS | No. 17-10345 |
| SOCIAL SECURITY ADMINISTRATION | SECTION I |

# ORDER

Having considered plaintiff Amanda Brigido's ("Brigido") action for judicial review of a final decision of the Commissioner of the Social Security Administration, the record, the applicable law, the Report and Recommendation issued by the United States Magistrate Judge, Brigido's objection, and the Social Security Administration's response, the Court hereby **OVERRULES** the objection and approves the Magistrate Judge's Report and Recommendation, adopting it as its own opinion in this matter.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge denying Amanda Brigido's claim for disability insurance benefits and supplemental social security income benefits is **AFFIRMED**.

New Orleans, Louisiana, March 18, 2019.

　　　　　　　　　　　　　　　　　　　**LANCE M. AFRICK**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**